IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Jeffrey Sylvester Jones,**           :

      **Plaintiff,**           :           **Civil Action 2:05-cv-773**

 **v.**           :           **Judge Smith**

**Officer Aaron Graley,** *et al.***,**           :           **Magistrate Judge Abel**

      **Defendant.**           :

**ORDER**

Defendants' August 24, 2007 unopposed motion to extend the deadline for filing simultaneous briefs (doc. 75) is GRANTED in part. Defendants' February 23, 2007 motion for summary judgment (doc. 54) is DENIED without prejudice. Defendants may file a motion to renew their motion for summary judgment no later than October 12, 2007. All discovery must be completed prior to October 12, 2007. No further extensions will be granted.

        /s/   George C. Smith
        **George C. Smith**
        **United States District Judge**